May 5, 1952

No. 56645.—F. & S. Novelty Mfg. Co., Inc. v. United States, protest 177084–K (A).——Abstract 56476. (Initial No. 176748–K.) Plaintiff's application for rehearing granted.

May 7, 1952

No. 56646.—Suit 4694.—United States v. F. W. Hagemann.— —Reap. Dec. 8007 affirmed March 18, 1952. C. A. D. 484.

No. 56647.—Suits 4728/9.—United States v. The Midwest Waste Material Co. and E. J. Keller Co., Inc., and The Midwest Waste Material Co. and E. J. Keller Co., Inc. v. United States.——C. D. 1382. (Appeals dismissed March 25, 1952.)

Before the First Division, May 13, 1952

No. 56648.—Bleyco Paper Corporation et al. v. United States, protests 176961–K, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of Coughlin Mfg. Co. v. United States (27 Cust. Ct. 40, C. D. 1345) and Gillette Safety Razor Co. v. United States (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiffs was sustained.